A CERTIFIED TRUE COPY

FEB 28 2002

ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-6-02
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 12 2002

FILED
CLERK'S OFFICE

***DOCKET NO. 1203***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

***IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION***

02-cv. 7 RHK JMM

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-88)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,890 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 28 2002

CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

3

... 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: March 11, 2002 Deb S / JMM

R E C O R D O F D O C K E T T E X T

0:02-cv-00007 Hage v. Wyeth-Ayerst Labs

DOCKET ENTRY

CONDITIONAL TRANSFER ORDER (Judicial Panel on Multidistrict Litigation / 2/28/02) transferring case to the Eastern District of Pennsylvania, Philadelphia, per the MDL panel termination notice (tag-along case to MDL 1203) 1pg(s) (cc: all counsel) Mailed certified copies of complaint and docket entries, pursuant to Pretrial Order No. 2 signed by Judge Louis C. Bechtle, to the Clerk's Office, U.S. District Court for the Eastern District of Pennsylvania, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL